**Order entered July 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01019-CV

### FEYSAL AYATI-GHAFFARI AND IRANA HAGNAZARI, Appellants

### V.

### HAZAWIPERI JACKIE GUMBODETE AND JOSE ANAYA, Appellees

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04867-2012**

## ORDER

Before Justices Bridges, Lang, and Schenck

Before the Court is appellant Feysal Ayati-Ghaffari's June 30, 2015 motion titled "Appellant's Motion to Recall & Correct the Order 6/25/2015." After due consideration, that motion is **DENIED**.

/s/     DOUGLAS S. LANG
          JUSTICE